**STATE of Missouri, Plaintiff/Respondent,**

v.

**Marlon CARSON, Defendant/Appellant.**

**No. 66216.**

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 28, 1995.

Doug R. Hoff, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Elizabeth L. Ziegler, Sp. Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and CRANDALL and CRAHAN, JJ.

### ORDER

PER CURIAM.

Defendant appeals his conviction by a jury of possession of a controlled substance,

§ 195.202, RSMo Supp.1993. We affirm. We have reviewed the record and find the claims of error to be without merit. An extended opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 30.25(b).